In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00476-CV
_____

JAMES BRUYN, Appellant

V.

KEVIN SWEARINGEN, Appellee

On Appeal from the 136th District Court
Jefferson County, Texas
Trial Cause No. D-201,991

MEMORANDUM OPINION

James Bruyn filed an agreed motion to dismiss the appeal. The motion includes a certificate of conference signed by counsel for Swearingen. According to the motion, the parties have agreed to allow Swearingen a thirty-day extension to cure the deficiency in his expert's report, and in return, Bruyn would dismiss the appeal. No opinion has issued in this appeal. We grant Bruyn's motion to dismiss and dismiss the appeal. *See* Tex. R. App. P. 42.1.

APPEAL DISMISSED.


_____
CHARLES KREGER
Justice

Submitted on January 30, 2019
Opinion Delivered January 31, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.